IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 11-00002-01-CR-W-ODS |
| | ) | |
| JOSEPH M. CHAVEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORTS AND
RECOMMENDATIONS (DOCS. 55, 56, & 58), AND
(2) DENYING MOTIONS TO SUPPRESS (DOCS. 34, 40, & 41)**

The Honorable Robert E. Larsen issued his Reports and Recommendations concluding that the Court should deny Defendant's motions to suppress. The parties have not filed objections to the Reports and Recommendations, and the time for doing so has passed. 28 U.S.C. § 636(b)(1); Local Rule 74.1(a)(2). Upon careful and independent review of the suppression hearing transcript, as well as the applicable law, the Court agrees with the Reports and Recommendations that the searches and seizures conducted by law enforcement were lawful. Judge Larsen's Reports and Recommendations are adopted as the Order of the Court. Defendant's motions to suppress are denied.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT

DATE: September 7, 2011